FILED
August 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                       )       Case No. 2:12-CR-00294-MCE-3
         Plaintiff, )
v. )       ORDER FOR RELEASE OF
                                       )       PERSON IN CUSTODY
DARRELL PATRICK HINZ, )
                                       )
         Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release DARRELL PATRICK HINZ, Case No. 2:12-CR-00294-MCE-2; Charge Title 18 U.S.C. § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         __     Release on Personal Recognizance

         ✔     Bail Posted in the Sum of $ 100,000 (secured by real property)

                ✔     Unsecured Appearance Bond $100,000 co-signed in the interim

                __     Appearance Bond with 10% Deposit

                __     Appearance Bond with Surety

                __     Corporate Surety Bail Bond

                ✔     (Other)       With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 20, 2012 at 2:42 pm .

                                                                  By     /s/ Dale A. Drozd
                                                                        Dale A. Drozd
                                                                        United States Magistrate Judge