WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Darrell Patrick Hinz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY SCOTT BAKER, and ) <br> DARRELL PATRICK HINZ, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:12-CR-294-TLN <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE: MOTIONS TO COMPEL DISCOVERY AND ISSUANCE OF RULE 17(C) SUBPOENA** <br><br> Date:  November 4, 2014 <br> Time:  2:00 p.m. <br> Ctrm:  The Hon. Edmund F. Brennan |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for defendant Darrell Patrick Hinz, Thomas A. Johnson, counsel for defendant Gregory Scott Baker, and Michael M. Beckwith, Assistant United States Attorney, attorney for the plaintiff, that the hearing on the pending Motions to Compel Discovery and for Issuance of Rule 17(c) Subpoena presently set for November 4, 2014 at 2:00 p.m., be continued to November 25, 2014 at 2:00 p.m.

///

///

///

1

**IT IS SO STIPULATED.**

DATED: November 3, 2014　　　　　　　　　/s/ William J. Portanova

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Darrell Patrick Hinz

DATED: November 3, 2014　　　　　　　　　/s/ William J. Portanova for

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Gregory Scott Baker

DATED: November 3, 2014　　　　　　　　　/s/ William J. Portanova for

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: November 4, 2014.　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2