PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL PATRICK HINZ,<br><br>    Defendant. | 2:12-CR-00294-TLN<br><br>FINAL ORDER OF FORFEITURE |

On December 17, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Darrell Patrick Hinz forfeiting to the United States the following property:

   a.   Real property located at 5900 Pony Express Trail, Pollock Pines, California, APN: 101-141-65-100,

   b.   Vacant land in Pollock Pines, California, APN: 101-141-64-100, and

   c.   Promissory Note from Earthsavers Erosion Control, LLC to Darrell Hinz, in the amount of $300,000.00.

Beginning on December 31, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged lien holder interest in the real properties described above: Dale A. Hartwick and Beverly A. Hartwick. A notice letter was sent via certified mail to Dale A. Hartwick and Beverly A. Hartwick Trustees, c/o John Olson, Esq., 3062 Cedar Ravine Drive, Suite B, Placerville, CA 95667 on December 30, 2015. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on January 4, 2016.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), including all right, title, and interest of Darrell Patrick Hinz. The below-listed property shall be disposed of according to law:

    a. Promissory Note from Earthsavers Erosion Control, LLC to Darrell Hinz, in the amount of $300,000.00.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 5th day of October, 2016.

_____
Troy L. Nunley
United States District Judge