PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL P. HINZ,<br><br>    Debtor.<br><br>―――――――――――――――<br><br>D&D SOLAR BROKERS LLC,<br><br>    Garnishee. | Case No.: 2:12-CR-00294-TLN-3<br><br>**STIPULATION FOR FINAL ORDER OF CONTINUING WAGE GARNISHMENT; AND ORDER** |

The United States and defendant, Darrell P. Hinz (Hinz), have reached an agreement concerning the continuing garnishment of Hinz's wages to satisfy, in part, his unpaid criminal judgment. This Stipulation for Final Order of Continuing Wage Garnishment (the Stipulation) memorializes the parties' agreement and is based on the following grounds:

1.   The Court sentenced Hinz on June 16, 2016, and ordered him to pay a $300 special assessment, $18,830,000 in restitution, but waived a fine. ECF 188. The Court signed the Judgment and Commitment incorporating these criminal monetary penalties on June 21, 2016. ECF 190. The Judgment waives interest on the restitution amount and required Hinz to begin making his payments immediately to the Clerk of Court. *Id.* at 5-6.

2. Hinz's approximate outstanding restitution balance as of March 6, 2023, is $6,965,249.48 (Restitution Balance).

3. Hinz has notified the United States that, as of March 1, 2023, he is an employee of D&D Solar Brokers, located at 3430 Robin Lane #7, Cameron Park, CA 95682 (D&D). Hinz is no longer employed by Cal-Sun Construction, LLC, which was the garnishee under a prior wage garnishment stipulation and order. ECF 257.

4. D&D has in its possession, custody or control, earnings, wages, commissions, bonuses, and compensation it pays to Hinz.

5. The United States is statutorily authorized to collect the Restitution Balance using civil enforcement remedies available under Federal and State law. 18 U.S.C. §§ 3613(a) and (f). The Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001-3308 (FDCPA), is the primary federal statutory scheme by which the United States enforces pre-judgment and post-judgment debts.

6. The FDCPA authorizes the use of wage garnishments to recover debts owed to the United States. 28 U.S.C. § 3205(a). Hinz acknowledges and understands that the FDCPA affords him, as a debtor, certain rights in a garnishment proceeding. He waives these rights, including, service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3), notice of, and the right to claim exemptions, to request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5), and to any other process to which he may be entitled under the FDCPA.

7. To make regular payments on the Restitution Balance, Hinz agrees to the garnishment of his wages that are now, and in the future will be owed to him from his employment at D&D. Specifically, the Parties agree that beginning on March 15, 2023, and continuing thereafter, D&D shall garnish from each of Hinz's paychecks 25% of his ongoing and non-exempt disposable earnings, including but not limited to wages, earnings, commissions, and bonuses.

8. D&D will make its payments to the Clerk of the Court as set forth in the order below. It will continue making its wage garnishment payments until the earlier of Hinz's full payment of the Restitution Balance, termination of his employment at D&D, or further court order.

9. The Stipulation does not foreclose the United States from pursuing separate efforts to collect the Restitution Balance.

10. Hinz warrants that he has had the opportunity to consult with counsel regarding this Stipulation.

Respectfully submitted,

Dated: March 7, 2023
PHILLIP A. TALBERT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Dated: March 7, 2023
By: /s/ Darrell P. Hinz (as authorized on 3/7/2023)
DARRELL P. HINZ
Defendant

## ORDER

The Court, having reviewed the court files and the Parties' Stipulation for Final Order of Wage Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, the Court ORDERS as follows:

1. D&D Solar Brokers, LLC (D&D) is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Darrell P. Hinz's ongoing and non-exempt disposable earnings, including but not limited to wages, earnings, commissions, and bonuses.

2. Beginning on March 15, 2023, and continuing thereafter, D&D shall garnish from each of Hinz's paychecks 25% of his nonexempt disposable earnings and pay this amount to the Clerk of the Court.

3. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the **Clerk of the Court** and delivered to:

> Office of the Clerk
> United States District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

D&D shall state the criminal docket number on the payment instrument (2:12-CR-00294-TLN-3) and, if it desires a payment receipt, shall include a self-addressed envelope with its payment.

  4. D&D shall continue making its wage garnishment payments until the earlier of Hinz's full payment of his restitution balance, termination of his employment, or further order of this Court.

  5. Within 30 days of any change to Hinz's wage amount or termination of his employment, D&D shall notify the United States Attorney's Office, Eastern District of California, Financial Litigation Program, 501 I Street, Suite 10-100, Sacramento, CA 95814.

  6. This Order does not foreclose the United States from pursuing separate efforts to collect the restitution balance from Hinz.

  7. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

**IT IS SO ORDERED.**

DATED:  March 8, 2023

                    _____
                    Troy L. Nunley
                    United States District Judge