IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARRELL P. HINZ,<br><br>　　　　Debtor.<br><br>D&D SOLAR BROKERS LLC,<br><br>　　　　Garnishee. | Case No. 2:12-CR-00294-TLN-3<br><br>**ORDER TERMINATING**<br>**WRIT OF GARNISHMENT** |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 8, 2023 is hereby TERMINATED; and

2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: April 16, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER TERMINATING WRIT OF GARNISHMENT